**OWEN, WICKERSHAM & ERICKSON, P.C.**
LAWRENCE G. TOWNSEND (SBN 88184)
KATHLEEN E. LETOURNEAU (SBN 244747)
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3200
Facsimile: (415) 882-3232
E-Mail: ltownsend@owe.com
kel@owe.com

Attorneys for Plaintiff and Counterclaim Defendant
GREEN PRODUCTS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PRODUCTS COMPANY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BLACK FLAG BRANDS, LLC, a Delaware limited liability company; THE HOMAX GROUP, INC., a Delaware corporation; and LOWE'S HIW, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV 10 2121 JCS <br><br> **STIPULATION TO CONTINUE ADR SESSION DEADLINE; [PROPOSED] ORDER** |

All parties to this action, acting by and through their respective counsel, hereby stipulate to a continuance of the Mediation deadline, currently scheduled for November 30, 2010, based upon the following:

1) Pursuant to this Court's May 18, 2010 Order Setting Initial Case Management Conference and ADR Deadlines, this matter was referred to the Court's ADR Unit for Mediation.

2) On September 7, 2010, the ADR Unit assigned James Gilliland as the Mediator for this case.

3) On September 29, 2010, Mr. Gilliland's office informed the parties that mediation was scheduled for November 30, 2010.

4) On October 21, 2010, Mr. Gilliland informed the parties that oral argument had been set in one of his cases at the Ninth Circuit Court of Appeals and he would be unavailable on November 30, 2010.

5) Counsel and Mr. Gilliland have reviewed their respective calendars and availabilities, and have agreed to reschedule the mediation for December 8, 2010.

Accordingly, the parties, by their respective counsel, hereby stipulate and request that the Court order the Mediation deadline scheduled for November 30, 2010 continued to December 8, 2010.

IT IS SO STIPULATED.

Dated: November 30, 2010    OWEN, WICKERSHAM & ERICKSON, P.C.

By: /s/ Lawrence G. Townsend
    Lawrence G. Townsend

Attorneys for Plaintiff/Counterclaim Defendant
GREEN PRODUCTS COMPANY

Dated: November 30, 2010    BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ Mark E. Avsec
    Mark E. Avsec

Attorneys for Defendants/Counterclaim Plaintiffs
BLACK FLAG BRANDS, LLC and THE HOMAX GROUP, INC.
And Defendant LOWE'S HIW, INC.

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Mark E. Avsec, indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION TO CONTINUE ADR SESSION DEADLINE;
[PROPOSED] ORDER
Case No. CV 10 2121 JCS
c

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED
2
3
4 | Dated: __December 1__, 2010        By: _____
5 |                                         The Honorable Joseph C. Spero
                                            United States Magistrate Judge
6

28 | STIPULATION TO CONTINUE ADR SESSION DEADLINE; [PROPOSED] ORDER
Case No. CV 10 2121 JCS

3

c