MARK E. AVSEC (*Pro Hac Vice*)
JENNY L. SHEAFFER (*Pro Hac Vice*)
ANGELA R. GOTT (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
E-Mail: mavsec@beneschlaw.com
        jsheaffer@beneschlaw.com
        agott@beneschlaw.com

DAVID M. GIVEN (State Bar No. 142375)
R. SCOTT ERLEWINE (State Bar No. 095106)
CARI A. COHORN (State Bar No. 249056)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California  94111
Tel: (415) 398-0900
Fax: (415) 398-0911
E-Mail: dmg@phillaw.com
        rse@phillaw.com
        cac@phillaw.com

Attorneys for Defendants/Counterclaim-Plaintiffs
BLACK FLAG BRANDS, LLC and THE HOMAX GROUP, INC.,
and Defendant LOWE'S HIW, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN PRODUCTS COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK FLAG BRANDS, LLC *et al.*,<br><br>    Defendants.<br><br>───────────────────────────<br>*AND RELATED COUNTERCLAIMS* | Case No. C 10-2121 (JCS)<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 9, 2010;** [PROPOSED] **ORDER** |

All parties to this action, acting by and through their respective counsel, hereby stipulate to a continuance of the Further Case Management Conference currently scheduled

1

for December 9, 2010 at 2:00 p.m. to December 17, 2010 at 10:30 a.m., Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties further request that the joint case management conference statement be due by December 10, 2010.

Accordingly, the parties, by their respective counsel, hereby stipulate and request that the Court order the Further Case Management Conference scheduled for December 9, 2010 continued to December 17, 2010 at 10:30 a.m. and the joint case management conference statement to be due by December 10, 2010.

IT IS SO STIPULATED.

Dated: December 3, 2010               BENESCH, FRIEDLANDER,
                                       COPLAN & ARONOFF LLP

                                      By: /s/ Mark E. Avsec
                                           Mark E. Avsec

                                      Attorneys for Defendants/Counterclaim Plaintiffs
                                      BLACK FLAG BRANDS, LLC and THE HOMAX
                                      GROUP, INC.
                                      and Defendant LOWE'S HIW, INC.

Dated: December 3, 2010               OWEN, WICKERSHAM & ERICKSON, P.C.

                                      By: /s/ Lawrence G. Townsend
                                           Lawrence G. Townsend

                                      Attorneys for Plaintiff/Counterclaim Defendant
                                      GREEN PRODUCTS COMPANY

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Lawrence G. Townsend, indicated by a "conformed" signature (/s/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _December 6__, 2010            By: _____
                                      The Honorable Joseph C. Spero
                                      United States Magistrate Judge

2

Stipulation to Continue Further CMC Scheduled for December 9, 2010; [Proposed] Order –
Case No. C 10-2121 (JCS)

3784382.1