MARK E. AVSEC (*Pro Hac Vice*)
JENNY L. SHEAFFER (*Pro Hac Vice*)
ANGELA R. GOTT (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
E-Mail: mavsec@beneschlaw.com
    jsheaffer@beneschlaw.com
    agott@beneschlaw.com

DAVID M. GIVEN (State Bar No. 142375)
R. SCOTT ERLEWINE (State Bar No. 095106)
CARI A. COHORN (State Bar No. 249056)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 398-0900
Fax: (415) 398-0911
E-Mail: dmg@phillaw.com
    rse@phillaw.com
    cac@phillaw.com

Attorneys for Defendants/Counterclaim-Plaintiffs
BLACK FLAG BRANDS, LLC and THE HOMAX GROUP, INC.,
and Defendant LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PRODUCTS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BLACK FLAG BRANDS, LLC, THE HOMAX GROUP, INC., and LOWE'S HIW, INC.,<br><br>Defendants,<br><br>*AND RELATED COUNTERCLAIMS* | Case No. 10 CV-02121-JCS<br><br>**[PROPOSED]**<br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE** |


# ORDER

IT IS HEREBY ORDERED that Mark Avsec, lead counsel for Defendants, and Angela Gott, co-counsel for Defendants, are permitted to participate by telephone in the Further Case Management Conference on December 17, 2010 at phone number (216) 363-4151.

Dated: 12/13/10



The Hon. Joseph C. Spero
United States Magistrate Judge

2