OWEN, WICKERSHAM & ERICKSON, P.C.
LAWRENCE G. TOWNSEND  (SBN 88184)
KATHLEEN E. LETOURNEAU  (SBN 244747)
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone:  (415) 882-3200
Facsimile:  (415) 882-3232
E-Mail:  ltownsend@owe.com
         kel@owe.com

Attorneys for Plaintiff and Counterclaim Defendant
GREEN PRODUCTS COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PRODUCTS COMPANY, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>BLACK FLAG BRANDS, LLC, a Delaware limited liability company; THE HOMAX GROUP, INC., a Delaware corporation; and LOWE'S HIW, INC., a Delaware corporation,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS<br>_____ | Case No. CV 10 2121 JCS<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE**<br><br>**[FRCP Rule 41]** |

IT IS HEREBY STIPULATED, by and between the parties to this action, pursuant to their Confidential Settlement Agreement and Release, through their attorneys of record, that the entire action herein against defendants and counterclaim plaintiffs Black Flag Brands, LLC and The Homax Group, Inc., and defendant Lowe's HIW, Inc., respectively, and the counterclaim filed by defendants and counterclaim plaintiffs against Green Products Company be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

1

Dated: March 29, 2011					OWEN, WICKERSHAM & ERICKSON P.C.


						By:	/s/ Lawrence G. Townsend
							Lawrence G. Townsend
							Attorneys for Plaintiff and Counterclaim Defendant
							GREEN PRODUCTS COMPANY

Dated: March 29, 2011					BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP


						By:	/s/ Mark E. Avsec
							Mark E. Avsec

Dated: March 29, 2011					PHILIPS, ERLEWINE & GIVEN LLP


						By:	/s/ Cari A. Cohorn
							Cari A. Cohorn
							Attorneys for Defendants/Counterclaim Plaintiffs
							BLACK FLAG BRANDS, LLC and THE HOMAX
							GROUP, INC.
							And Defendant LOWE'S HIW, INC.


	Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatories, Mark E. Avsec and Cari A. Cohorn, indicated by a "conformed" signature (/s/) within this e-filed document.

2

Stipulation And Order of Dismissal, etc.; Case No: CV 10 2121 JCS

**ORDER**

Pursuant to stipulation of the parties and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein, including the complaint filed by Green Products Company against defendants Black Flag Brands, LLC and The Homax Group, Inc., and defendant Lowe's HIW, Inc., respectively, and the counterclaim filed by counterclaim plaintiffs against Green Products Company be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated:  March 30 , 2011



_____
JUDGE OF THE DISTRICT COURT

S:\1Clients\GREEN\70001\StipulatedDismissal.wpd

Stipulation And Order of Dismissal, etc.; Case No:  CV 10 2121 JCS